UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-326(DSD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | REASSIGNMENT OF CRIMINAL CASE |
| v. | ) | |
| ALLEN LEE KELLEY, Defendant. | ) | |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

00-326(DSD)

<u>Defendant Name</u>

Allen Lee Kelley

<u>Remove AUSA</u>

Lisa A. Biersay

<u>Add AUSA</u>

Nicole A. Engisch

Dated: June 7, 2006

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
First Assistant U.S. Attorney