PROB 12 (Rev. 11/1/2004)

RECEIVED
JUN 6 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Allen Lee Kelley**

**Docket No. 0:00CR00326-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Amy E. West**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Allen Lee Kelley** who was sentenced for Bank Robbery on July 27, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Mandatory drug testing
Psychological/psychiatric counseling/treatment
Drug and Alcohol Treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #2: The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On May 10, 2006, the defendant was discharged from chemical dependency treatment after attending only one session. The defendant was not amenable to treatment as he refused to attempt abstinence from alcohol. It is noted for the Court that in April 2006, the defendant contacted the chemical dependency treatment facility and requested outpatient services stating that his drinking was becoming a problem. Additionally, the defendant failed to show for several scheduled appointments with this treatment provider between April 11, 2006, and May 10, 2006.

STANDARD CONDITION: The defendant shall not commit another federal, state, or local crime.

On March 29, 2006, and April 14, 2006, the defendant was cited for Speeding in Stearns County, Minnesota. The defendant pled guilty to the March 29, 2006, Speeding violation. He received a Stay of Adjudication in this matter and paid a $100 fine. The Speeding violation occurring on April 14, 2006, is pending in Stearns County.

On January 19, 2006, the defendant was charged with Leaving the Scene of an Accident in Stearns County. On April 4, 2006, he pled guilty to this matter and was sentenced to 90 days jail stayed to probation for 1 year and serve 2 days in jail.

SCANNED
JUN 07 2006
U.S. DISTRICT COURT MPLS

– Summons issued

On April 2, 2006, the defendant was charged with Theft in Stearns County. On May 18, 2006, he pled guilty and was sentenced to a $50 fine.

> STANDARD CONDITION: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

The defendant failed to notify the probation officer of the Speeding violation occurring on April 14, 2006, and of the Theft conviction occurring on April 2, 2006.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 6th day of June, 2006, and ordered filed and made a part of the records in the above case.

[signature]

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Amy E. West
U.S. Probation Officer

Executed on June 5, 2006
Place Minneapolis