**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 00-326 DSD |
| | ) | Date: 6/20/06 |
| ALLEN LEE KELLEY, | ) | Court Reporter: None |
| | ) | Tape Number: |
| Defendant. | ) | Time Commenced: 1:45 p.m. |
| | | Time Concluded: 1:50 p.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

**Plaintiff:** Lisa Kirkpatrick
Assistant U.S. Attorney

**Defendant:** Andrew Mohring

☐ FPD ☐ CJA ☐ Retained √ To be appointed

Date Charges Filed: 6/6/06 Offense: Violation of Supervised Release

√ Charges read into record ☐ Waived Reading of Charges √ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release √ Supervised Release

☐ Government moves for detention.
Motion is: ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

√ **Bond is continued with same conditions as previously set.**

√ Final Revocation Hearing is before Judge Doty on June 29, 2006 at 10:30 a.m., in Mpls Courtroom 14W.

s/Kathy Thobe
Signature of Judicial Assistant