**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Allen Lee Kelley,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

| | |
|---|---|
| Case No: | 00-326(1)(DSD/JMM) |
| Date: | June 29, 2006 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 10:30 a.m. |
| Time Concluded: | 10:50 a.m. |
| Time in Court: | 20 Minutes |

## APPEARANCES:

Plaintiff: Thomas M. Hollenhorst, Assistant U.S. Attorney
Defendant: Steve L. Bergeson : CJA

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant released on same terms and conditions of supervised release.
: Supervised Release continued under the same terms and conditions previously imposed.
: Defendant is sentenced to: 30 days for community correction center.
: Written order to be issued.

s/Connie L. Baker
Calendar Clerk