UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-326(1)(DSD/AJB)

United States of America,

Plaintiff,

v.

Allen Lee Kelley,

Defendant.

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

This matter came on for hearing on June 29, 2006, upon the petition on supervised release. The defendant appeared with his counsel and, after being advised of his rights, admitted the charged violations. Therefore, it is adjudged that defendant has violated the conditions of his supervised release by failing to participate in an alcohol abuse program, committing a state or local crime and failing to notify the probation officer of encounters with law enforcement. Accordingly, **IT IS HEREBY ORDERED** that defendant's supervised release is modified to include the following additional condition:

> Defendant shall reside for a period of 30 days in a community corrections center as directed by the probation officer and shall observe the rules of that facility. Defendant may be eligible for work-release and attend chemical dependency treatment while placed at the community corrections center.

Defendant shall remain on supervised release to run until the original expiration date of January 2, 2009. In addition to the above modification, the same terms and conditions originally imposed on July 27, 2001, shall apply.

Dated: June 29, 2006

s/David S. Doty
David S. Doty, Judge
United States District Court