PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Allen Lee Kelley**

**Docket No. 0:00CR00326-001(DSD)**

**Petition on Supervised Release**

RECEIVED
OCT 19 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

COMES NOW **Amy E. West**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Allen Lee Kelley** who was sentenced for Bank Robbery on July 27, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Mandatory drug testing
Psychological/psychiatric counseling/treatment
Drug and alcohol treatment
30 days community confinement (Modified June 29, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION: The defendant shall not commit another federal, state, or local crime.

On October 10, 2006, the defendant was convicted of a misdemeanor charge of Issuing a Dishonored Check in Stearns County, Minnesota.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 20 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 19th day of October, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Amy E. West
U.S. Probation Officer

Executed on October 18, 2006
Place Minneapolis

SCANNED
OCT 19 2006
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission