ACW

Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Allen Lee Kelley

Docket No 00-3261(1)(DSD)

**HEARING WAIVER**

I, Allen Lee Kelley, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 20 hours of community service, as approved by the probation officer.

Signed: Allen Kelley
Allen Lee Kelley
Supervised Releasee

Dated: 10-12-06

Witness: [signature] USPO

SCANNED
OCT 19 2006
U.S. DISTRICT COURT MPLS