FILED BY CLERK OF COURT

RECEIVED
NOV 28 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Allen Lee Kelley**

**Docket No. 0:00CR00326-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Amy E. West**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Allen Lee Kelley** who was sentenced Bank Robbery on July 27, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Mandatory drug testing
Psychological/psychiatric counseling/treatment
Drug and alcohol treatment
30 days community confinement (Modified June 29, 2006)
20 hours community work service (Modified October 19, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION: The defendant shall not commit another federal, state, or local crime.

On November 4, 2006, the defendant was arrested for misdemeanor charges of Attempted Theft and Fifth Degree Assault in Stearns County, Minnesota.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. The defendant shall be eligible for work release and release for attendance of chemical dependency treatment and mental health appointments.

ORDER OF THE COURT

Considered and ordered this 28th day of Nov., 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Amy E. West
U.S. Probation Officer

Executed on November 21, 2006
Place Minneapolis

SCANNED
NOV 28 2006
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission