Prob 49

FILED BY CLERK OF COURT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Allen Lee Kelley

Docket No. 0:00CR00326-001(DSD)

## HEARING WAIVER

I, Allen Lee Kelley, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall reside for a period of 90 in a community corrections center as approved by the probation officer and shall observe the rules of that facility. The defendant shall be eligible for work release and release for attendance of chemical dependency treatment and mental health appointments.

Signed: Allen Lee Kelley                Witness: [signature]

Allen Lee Kelley
Supervised Releasee

Dated: 11-18-06

SCANNED
NOV 28 2006
U.S. DISTRICT COURT MPLS