# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

Allen Lee Kelley,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 00-326 DSD

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Steve Bergeson, Attorney ID No. 0007341, shall appear as appointed counsel of record for the above named defendant in this case.

Dated: February 21, 2007

*s/Katherian D. Roe*
KATHERIAN D. ROE
Attorney ID No. 214668
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5858