**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: CR 00-326 DSD/JMM |
| v. | ) | Date: 02/21/07 |
| | ) | Court Reporter: None |
| Allen Lee Kelley, | ) | Tape Number: 59/1824-3006 |
| | ) | Time Commenced: 3:10 p.m. |
| Defendant. | ) | Time Concluded: 3:15 p.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

Plaintiff: Nicole Engisch, Assistant U.S. Attorney
Defendant: Reggie Aligada,
√ To be appointed

Interpreter / Language: none/English

Date Charges Filed: 02/12/07 Offense: Violation of Supervised Release

√ Def. Advised of the substance of the charge (R.5(d)(1)) √ Advised of Rights

**on** Violation of √ Supervised Release

√ Government moves for detention.
Motion is √ granted, temporary detention ordered.

Next appearance date is Thursday, February 22, 2007 at 11:30 a.m. before U.S. Magistrate Judge Noel for:
√ detention hrg √ preliminary revocation

Additional Information:

s/AR
Criminal Duty Clerk