**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

Allen Lee Kelley,

Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Franklin L. Noel
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CR 00-326 DSD/JMM |
| Date: | 02/22/07 |
| Court Reporter: | Carla Bebault |
| Tape Number: | N/A |
| Time Commenced: | 11:40 a.m. |
| Time Concluded: | 12:00 p.m. |
| Time in Court: | 20 Minutes |

√ **PRELIMINARY REVOCATION / DETENTION HRG**
Time in Court 15 min. Prelim / 5 min. Det:

APPEARANCES:

Plaintiff: Nicole Engisch, Assistant U.S. Attorney
Defendant: Steve Bergeson,
√ CJA

Interpreter / Language: none/English

On √ **Supervised Release**

√ Deft Ordered Detained - Govt to submit proposed order.

√ Defendant Bound Over to District Court of Minnesota.

Additional Information:
Probation Officer Amy West sworn and testified. Final revocation hearing date is Friday, March 23, 2007 at 9:00 a.m. before Judge Doty.

s/AR
Criminal Duty Clerk