UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-326(DSD)

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALLEN LEE KELLEY,

Defendant.

ORDER OF DETENTION

This matter came before the Court on February 22, 2007, for a preliminary and detention hearing upon the Petition on Supervised Release filed by the United States Probation Office. The defendant was present and represented by his attorney, Steve L. Bergeson. The United States was represented by Assistant United States Attorney Nicole A. Engisch.

The Court heard testimony from U.S. Probation Officer Amy West. The Court concluded that probable cause exists to believe the defendant committed the violations alleged in the Petition on Supervised Release.

Based upon the evidence presented at the detention hearing and the comments of counsel, the Court concludes that there has been a clear and convincing showing that no condition or combination of conditions of bond will reasonably ensure the defendant's appearance in court. Accordingly, the Court will grant the government's motion for detention.

**FINDINGS OF FACT**

1. On March 14, 2001, the defendant entered a plea of guilty to bank robbery, in violation of 18 U.S.C. § 2113(a). On July 27, 2001, the defendant was sentenced to 63 months confinement followed by a three year term of supervised release. Conditions of the defendant's release included standard conditions as well as a requirement that he participate in a program for drug and alcohol abuse and participate in psychological/psychiatric counseling. The defendant was released to supervision on January 3, 2006. Thereafter, in or about June 2006, October 2006, and November 2006, the defendant's conditions of supervised release were modified. Among other things, the modified conditions included the requirement that the defendant complete 20 hours of community work service and that he reside for a period of 90 days at a community corrections center.

2. Based upon the evidence presented at the hearing, the Court finds that there is probable cause to believe that the defendant (1) failed to report on February 9, 2007, to the Benton County Jail to begin serving his period of 90 days at a community corrections center; (2) failed to complete any of his community work service time; (3) failed to attend cognitive behavioral skills programming on February 1, 2007, and February 8, 2007; and (4) obtained a new criminal conviction based on an arrest in Stearns County on November 11, 2006, for driving after suspension, and he

did not report this conviction to his Probation Officer. All of the foregoing was in violation of his conditions of supervised release.

**CONCLUSIONS OF LAW**

Based upon the evidence presented, the Court makes the following conclusions of law:

1. There is probable cause to believe that the defendant violated the conditions of supervised release as set forth above.

2. As a result of the nature of the violations, the Court concludes that there has been a clear and convincing showing that no condition or combination of conditions of bond will reasonably ensure the defendant's appearance in court.

For the foregoing reasons,

IT IS HEREBY ORDERED that:

1. The motion of the United States for detention or defendant is granted;

2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending trial;

3. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon Order of the Court or request by the United States

Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with further court proceedings.

Dated: February 23, 2007.

s/Franklin L. Noel
Franklin L. Noel
United States Magistrate Judge