AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED FEB 21 2007 CLERK, U.S. DISTRICT COURT ST. PAUL, MINNESOTA

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

0741-0212-0515-0

CASE NUMBER: **CR 00-326 DSD/JMM**

Allen Lee Kelley

To: The United States Marshal
and any Authorized United States Officer

2007 FEB 12 P 3:31

YOU ARE HEREBY COMMANDED to arrest: Allen Lee Kelley

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
Violation on Supervised Release

Ordered by: David S. Doty, United States District Court Judge.

(By) Stacey E. Kulevich, Deputy Clerk

February 12, 2007 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: ____________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

SCANNED FEB 26 2007 U.S. DISTRICT COURT MPLS

ARRESTED ON 2-20-07
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
M. Lamunte