**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA, )
Plaintiff, )
v. )
)
Allen Lee Kelley, )
Defendant. )
)
)
)

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

| | |
|---|---|
| Case No: | 00-326(1)(DSD/JMM) |
| Date: | April 24, 2007 |
| Court Reporter: | Lorilee Fink |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 2:40 p.m. |
| Time in Court: | 40 Minutes |

## APPEARANCES:

Plaintiff: Nicole Engisch, Assistant U.S. Attorney
Defendant: Steve Bergeson ☒ CJA

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
☒ Defendant admits allegations.

## ORDERED:

☒ Defendant remanded to custody of the U.S. Marshal.
☒ Defendant is sentenced to: 12 months, to be followed by a term of supervised release to run until the original expiration date of 1/2/2009.
☒ Written order to be issued.

s/ Connie L. Baker
Calendar Clerk