# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.

**Allen Lee Kelley**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **00-326(1)(DSD/JMM)**
USM Number: **07943-041**
Social Security Number: **6613**
Date of Birth: **1977**

**Steve L. Bergeson**
Defendant's Attorney

**THE DEFENDANT:**

[**x**] admitted guilt to violation of **Standard and Special Conditions** of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition | Failure to report to Community Corrections Center | 2/9/2007 |
| Special Condition | Failure to perform community service | 2/12/2007 |
| Special Condition | Failure to attend psychological/psychiatric counseling or treatment program | 2/8/2007 |
| Standard Condition | Committed crime while on sup. release and failure to notify probation officer of arrest | 11/11/2006 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**April 24, 2007**
Date of Imposition of Judgment

s/David S. Doty
Signature of Judge

**DAVID S. DOTY**, Senior United States District Judge
Name & Title of Judge

**April 24, 2007**
Date

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: ALLEN LEE KELLEY
CASE NUMBER: 00-326(1)(DSD/JMM)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 months with credit for time served, to be followed by a term of supervised release to run until the original expiration date of January 2, 2009, with all previously imposed mandatory, standard and special conditions remaining in effect**.

[**x**] The court makes the following recommendations to the Bureau of Prisons:

Defendant be afforded appropriate medical treatment.

[**x**] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] **before on .**
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on ____________________ to ____________________________

at ________________________ , with a certified copy of this judgment.

____________________________
United States Marshal

By ____________________________
Deputy United States Marshal