**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA

Plaintiff,

v.

ALLEN LEE KELLEY

Defendant.

**NOTICE OF APPEAL**

Criminal No.: 00CR00326-001(DSD)

---

Notice is given that Allen Lee Kelley, Defendant herein, appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment entered in this action on April 24, 2007.

Dated: May 4, 2007

Respectfully submitted,

TUTTLE BERGESON, P.A.

/s/ Steve L. Bergeson
Steve. L. Bergeson (0007341)
Attorney for Defendant
1275 Ramsey Street, Suite 600
Shakopee, MN 55379
952.746.2350/952.746.2353 (fax)

**TRANSCRIPT ORDER FORM**
**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

---

☒ Please prepare a transcript of:

- ☐ Pre-trial proceeding
- ☐ Testimony *or*
- ☐ Portions thereof
- ☐ Sentencing
- ☐ Post-trial Proceedings
- ☒ Other (Specify) Revocation of Supervised Release – Final Hearing

☐ I am not ordering a transcript because:

- ☐ Previously filed
- ☐ Other (Specify) ___________

**CERTIFICATE OF COMPLIANCE**

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment _____Funds, ___√___ CJA Form 24 completed

/s/ Steve L. Bergeson ______________________ May 4, 2007 ______________

Attorney's Signature Date

**INFORMATION SHEET**
**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

1. Defendant's Address: Mr. Allen Lee Kelley
c/o Sherburne County Jail
13880 Highway 10
Elk River, MN 55330

2. Date of Sentencing: April 24, 2007 ☐ Jury ☒ Non-jury

Offenses: Probation violation

Trial Testimony: Number of days: one
Bail Status: held without bail

3. Sentence and Date Imposed: 12 months

4. Appealing: ☒ Sentence ☐ Conviction ☐ Both

Challenging:
☒ Application of Sentencing Guidelines
☐ Constitutionality of Guidelines
☐ Both Application and Constitutionality

5. Date Sentencing Transcript ordered by Counsel or District Court: May 4, 2007 – date counsel submitted CJA Form

Stenographer in Charge: Lorilee Fink
US Courthouse
300 South Fourth Street
Minneapolis, MN 55415

6. Trial Counsel was:
☒ Appointed (no fee required)
☐ Retained (filing fee $105 unless IFP granted)

Does Defendant's financial status warrant appointment of counsel on appeal:

☒ Yes ☐ No

Affidavit of Financial Status Filed: ☐ Yes ☒ No

Is there any reason why counsel should not be appointed as counsel on appeal?

☐ Yes ☒ No

7. Assistant US Attorney Name and Telephone Number: Nicole A. Engisch
612-664-5600

**Court Reporter Acknowledgment**

| | | |
|---|---|---|
| ____________________<br>Date Order Received | ____________________<br>Estimated Completion Date | ____________________<br>Est. Number of Pages |
| ____________________<br>Court Reporter Signature | | ____________________<br>Date |