CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2007, I electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to AUSA, the following document:

Notice of Appeal

/s/ Steve L. Bergeson

Steve L. Bergeson