# UNITED STATES DISTRICT COURT
## District of Minnesota

### REVISED INFORMATION SHEET - Criminal Cases Only

1. United States of America -v- Allen Lee Kelley CR 00-326(1) DSD/JMM

2. Defendant and Address: Reg No. 07943-041
   Sherburne County Jail
   13880 Highway 10
   Elk River, MN 55330

3. Date of verdict: (X) N/A - Appeal on Supervised Release Violation

4. Appealing: (X) Both - Sentenced on Supervised Release Violation

5. Sentence: Custody of BOP for 12 months on Supervised Release Violation, 3 yrs supervised released - to run until the original expiration of 1/2/09

6. Date sentence imposed: 4/24/07 - Sentenced on Supervised Release

7. Defendant incarcerated? (X) Yes .

8. Financial Status: Fee paid? (X) N/A Counsel appointed

9. Notice of Appeal was filed on 5/4/07

10. Court Reporter: Lorilee Fink and Carla Bebault

    PHONE #

11. Trial Counsel: Steve Bergeson
    Tuttle & Bergeson
    1275 Ramsey St, Suite 600
    Shakopee, MN 55379
    PHONE # 952-746-2350

12. Trial counsel was: (X) Appointed

    Is there any reason why trial counsel should not be appointed on appeal? (X) No

13. Assistant U.S. Attorney: Nicole Engisch PHONE #: (612) 664-5600

14. List of other defendants in this case & disposition:

    N/A

15. Additional Comments:

    **Probation-Please send the PSI and addendums to the Criminal Unit (STP) if Probation prepared them on the revocation proceeding in this case.**

Prepared by: mf