# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL SHEET

**Date:** May 24, 2007

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Leah E. Gilgenbach, U.S. District Court - St. Paul, Minnesota

**Appeal Number:** **07-2119**

**District Court Number:** CR 00-326 DSD/JMM **Allen Lee Kelley**

**TRANSMITTED HEREWITH:**

Three (3) Designated Clerk's Records

(x) Entered in ECF (USDC purposes only)

---

**USCA ACKNOWLEDGMENT**

Received

By: RECEIVED
MAY 25 2007
U.S. Court of Appeals
Eighth Circuit-St. Paul, MN

Returned to District Court

Date:

By: RECEIVED
MAY 29 2007
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

SCANNED
MAY 29 2007
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## DESIGNATION OF RECORD

United States of America — Appeal No. 07-2119

vs.

Allen Lee Kelley — Criminal No. CR 00-326 DSD/JMM

Date delivered to U.S.C.A.: 5/24/07

Prepared by: lg

# U.S. DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

vs.

**Allen Lee Kelley**

U.S.C.A. #: 07-2119
District Court #: Criminal 00-326 DSD/JMM

## INDEX


| | | Date Filed | Page Numbers |
|---|---|---|---|
| 1. | INDICTMENT | 11/21/00 | 1-2 |
| 2. | JUDGMENT IN A CRIMINAL CASE | 7/27/01 | 3-7 |
| 3. | PETITION AND ORDER RE: VIOLATION OF SUPERVISION | 6/6/06 | 8-11 |
| 4. | ORDER ON SUPERVISED RELEASE SIGNED BY JUDGE DOTY | 6/29/06 | 12-13 |
| 5. | PETITION AND ORDER MODIFYING CONDITIONS OF RELEASE | 10/19/06 | 14-15 |
| 6. | PETITION AND ORDER MODIFYING CONDITIONS OF RELEASE | 11/26/06 | 16-17 |
| 7. | PETITION AND ORDER RE: VIOLATION OF SUPERVISED RELEASE | 2/12/07 | 18-21 |
| 8. | JUDGMENT IN A CRIMINAL CASE | 4/24/07 | 22-23 |
| 9. | NOTICE OF APPEAL | 5/4/07 | 24-27 |
| 10. | DOCKET SHEET | | 28-39 |