**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 07-2119**

**United States,**

**Appellee**

**v.**

**Allen Lee Kelley,**

**Appellant**

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:00-cr-00326-DSD-1)

---

**MANDATE**

In accordance with the judgment of 06/04/2007, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 04, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit