PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
JUL 0 ...
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Allen Lee Kelley**

**Docket No. 0:00CR00326-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Amy E. West**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Allen Lee Kelley** who was sentenced for Bank Robbery on July 27, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program
Mandatory drug testing
Psychological/psychiatric counseling/treatment
30 days Residential Reentry Center (modified June 29, 2006)
20 hours community service (modified October 19, 2006)
90 days Residential Reentry Center (modified November 28, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION: The defendant shall not commit another federal, state, or local crime.

On May 20, 2008, the defendant was charged with Receiving Stolen Property in Wright County, Minnesota. This charge involved the defendant pawning a Global Positioning Unit on May 17, 2008 at Pawn America in St. Cloud, Minnesota. That item was identified as having been stolen from the Walmart store in Monticello, Minnesota. The defendant admitted to pawning the Global Positioning Unit but denies that he stole the item.

SPECIAL CONDITION: The defendant shall perform 20 hours of community service, as approved by the probation officer.

As of this writing, the defendant has failed to complete any of his community work service hours.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall NOT be responsible for the costs of electronic monitoring.

SCANNED
JUL 07 2008
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 7th day of July, 2008, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Amy E. West
Senior U.S. Probation Officer
Telephone: 612-664-5415

Executed on July 3, 2008

Place Minneapolis

Approved:

for: Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission