Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Allen Lee Kelley

Docket No. 0:00CR00326-001

RECEIVED
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## HEARING WAIVER

I, Allen Lee Kelley, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall NOT be responsible for the costs of electronic monitoring.

Signed: *Allen Kelley*
Allen Lee Kelley

Witness: [signature]

Dated: 7-2-08

SCANNED
JUL 07 2008
U.S. DISTRICT COURT MPLS