PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
JUL 18 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Allen Lee Kelley**

**Docket No. 0:00CR00326-001(DSD)**

**Petition on Supervised Release**

RECEIVED
JUL 17 2008
U.S. District Court
Chambers of Judge David S. Doty

COMES NOW **Amy E. West**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Allen Lee Kelley** who was sentenced for Bank Robbery, on July 27, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program
Mandatory drug testing
Psychological/psychiatric counseling/treatment
30 days Residential Re-entry Center (modified June 29, 2006)
20 hours community service (modified October 19, 2006)
90 days Residential Re-entry Center (modified November 28, 2006)
60 days home detention with electronic monitoring (defendant requested Court hearing)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall not commit another federal, state, or local crime.

On May 20, 2008, the defendant was charged with Receiving Stolen Property in Wright County, Minnesota. This charge involved the defendant pawning a Global Positioning Unit on May 17, 2008, at Pawn America in St. Cloud, Minnesota. The item was identified as having been stolen from the Walmart store in Monticello, Minnesota. The defendant admitted to pawning the Global Positioning Unit but denies that he stole the item. The initial hearing has been scheduled for August 27, 2008, in Wright County.

SPECIAL CONDITION: The defendant shall perform 20 hours of community service, as approved by the probation officer.

As of this writing, the defendant has failed to complete any of his community work service hours.

SPECIAL CONDITION: The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer.

On June 20 and 24, and July 7, 2008, the defendant failed to attend his counseling appointments.

SPECIAL CONDITION: The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling or a support group.

SCANNED
JUL 21 2008
U.S. DISTRICT COURT MPLS
Summons issued 7/21

On July 7, 2008, the defendant failed to appear for a urinalysis test.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 17th day of July, 2008, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Amy E. West
Senior U.S. Probation Officer
Telephone: 612-664-5415

Executed on July 17, 2008
Place Minneapolis

Approved:

Julie M. Belt
Supervising U.S. Probation Officer