**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Janie S. Mayeron |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 00-326 DSD |
| | ) | Date: August 4, 2008 |
| Allen Lee Kelley, | ) | Court Reporter: None |
| | ) | Tape Number: 253/535-927 |
| Defendant. | ) | Time Commenced: 1:35 p.m. |
| | | Time Concluded: 1:40 p.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

Plaintiff: Erika Mozangue, Assistant U.S. Attorney
Defendant: Kate Menendez

☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: None / English

Date Charges Filed: July 21, 2008 Offense: Failure to report to counseling, drug testing, community service

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ Government moves for detention.
Motion is ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

☒ Defendant released on same conditions.

Next appearance is before U.S. Magistrate Judge David S. Doty for:
☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ Final revocation

Additional Information:

s/Joan Flood
Criminal Duty Clerk