AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 00-326(1) DSD

Allen Lee Kelley

2008 JUL 21 P 3:
RECEIVED
AUG 0 7 2008
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**U.S. Courthouse**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Janie S. Mayeron**

On: **08/04/08 at 1:30 p.m.**

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

Lori Sampson, Deputy Clerk

Dated: July 21, 2008

SCANNED
AUG 12 2008
U.S. DISTRICT COURT ST. PAUL

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] KELLY J. SULLIVAN Date: 7/23/2008

Check one of the boxes below to indicate appropriate method of service

☑ Service personally upon the defendant at: TENVOORDE FORD Rosevelt Ave, ST. Cloud, MN.

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 7/23/08
Date

Michael McGinn
Name of United States Marshal

Kelly J. Sullivan
(by) Deputy United States Marshal

Remarks: 3 HRS. 175 MIS.

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure