**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>Allen Lee Kelley,<br>Defendant. | ) | **COURT MINUTES - CRIMINAL**<br>BEFORE: David S. Doty<br>U.S. District Judge |

| | |
|---|---|
| Case No: | 00-326(1)(DSD/JMM) |
| Date: | August 29, 2008 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 8:46 a.m. |
| Time Concluded: | 9:11 a.m. |
| Time in Court: | 25 Minutes |

## APPEARANCES:

Plaintiff: Nicole A. Engisch, Assistant U.S. Attorney
Defendant: Katherine Menendez ☒ FPD

## PROCEEDINGS:

☒ **Revocation/Modification of Supervised Release - Final Hearing.**
☒ Defendant admits allegations in part.

## ORDERED:

☒ Defendant released on same terms and conditions of supervised release and ordered to surrender on 9/12/2008.

☒ Defendant's supervised release is modified and defendant is ordered to serve the remainder of his supervised release - until 1/2/2009 - in a residential reentry center. Further, the court orders that as long as defendant continues to hold employment he should be allowed work release privileges and allowed to continue with school.

☒ Written order to be issued.

s/ Connie L. Baker
Calendar Clerk