UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-326(1)(DSD)

United States of America,

Plaintiff,

v.

Allen Lee Kelley,

Defendant.

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

This matter came on for hearing on August 29, 2008, upon the petition on supervised release. The defendant appeared with his counsel and, after being advised of his rights, admitted the charged violation. Therefore, it is adjudged that defendant has violated the condition of his supervised release by violating special conditions of supervised release. Accordingly, **IT IS HEREBY ORDERED** that defendant's supervised release is modified to include the following additional condition:

> Defendant is ordered to serve the remainder of his term of supervised release in a residential reentry center. As long as defendant continues to hold employment he shall be allowed work-release privileges. Upon verification that defendant is attending school he shall be allowed release privileges for that purpose. Defendant shall be allowed release privileges to attend counseling.

Defendant shall voluntarily report to the residential reentry center on or before September 12, 2008. Defendant shall remain on supervised release to run until the original expiration date of

January 3, 2009. In addition to the above modifications, the same terms and conditions originally imposed on July 27, 2001, shall apply.

Dated: August 29, 2008

s/David S. Doty
David S. Doty, Judge
United States District Court